FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

**Feb 24, 2023**

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JAMIE EDWARDS,<br><br>Defendant. | No. 2:23-CR-00012-TOR-5<br><br>ORDER GRANTING THE UNITED STATES' MOTION TO QUASH WARRANT AND ISSUE SUMMONS<br><br>**ECF Nos. 12, 22, 23** |

Before the Court is the United States' Motion to Quash Warrant and Issue Summons (ECF No. 22) and related Motion to Expedite (ECF No. 23). The Court has reviewed the Motion and finding good cause therefor, **IT IS HEREBY ORDERED:**

1. The United States' Motion to Expedite (**ECF No. 23**) is **GRANTED.**

2. The United States' Motion to Quash Warrant and Issue Summons (**ECF No. 22**) is **GRANTED.**

3. The Arrest Warrant (**ECF No. 12**) is **QUASHED.**

4. The District Court Executive shall issue a summons to:

    **Jamie Edwards**

5. The summons shall be personally served on Defendant by Bureau of Alcohol Tobacco Firearms and Explosives Special Agent Mike Northcutt.

ORDER - 1

6.  The summons shall specify that **Defendant is to appear before this Court on Friday, March 3, 2023, at 11:00 AM in Spokane, Washington.**

**IT IS SO ORDERED.**

DATED February 24, 2023.



                              _____
                                   ALEXANDER C. EKSTROM
                              UNITED STATES MAGISTRATE JUDGE

ORDER - 2