PS 42
(Rev 07/93)

**United States District Court**

Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

**Mar 31, 2023**

SEAN F. McAVOY, CLERK

**United States of America**          )
                                      )
vs                                    )
                                      )
**Jamie Edwards**                     )          Case No. 2:23CR00012-TOR-5

**CONSENT TO MODIFY CONDITIONS OF RELEASE**

I, Jamie Edwards, have discussed with Erik Carlson, Pretrial Services/Probation Officer, modification of my release as follows:

**Additional Condition:** The defendant shall participate in a substance abuse evaluation and participate in any recommended treatment.

I consent to this modification of my release conditions and agree to abide by this modification.

_____   3/30/23          _____   3-30-2023
Signature of Defendant            Date              Pretrial Services/Probation Officer   Date

Jamie Edwards                                       Erik Carlson

I have reviewed the conditions with my client and concur that this modification is appropriate.

_____                      3·30·23
Signature of Defense Counsel                        Date

David Partovi

[X]   The above modification of conditions of release is ordered, to be effective on   3/31/2023   .

[ ]   The above modification of conditions of release is not ordered.

_____                      March 31, 2023
Signature of Judicial Officer                       Date

Alexander C. Eckstrom