PS 8
(3/15)

# UNITED STATES DISTRICT COURT

for

Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

**May 30, 2023**

SEAN F. McAVOY, CLERK

| | | | |
|---|---|---|---|
| U.S.A. vs. | Edwards, Jamie | Docket No. | 0980 2:23CR00012-TOR-5 |

### Petition for Action on Conditions of Pretrial Release

COMES NOW Erik B. Carlson, PRETRIAL SERVICES OFFICER presenting an official report upon the conduct of defendant Jamie Edwards, who was placed under pretrial release supervision by the Honorable U.S. Magistrate Judge Alexander C. Ekstrom sitting in the court at Yakima, Washington, on the 3rd day of March 2023, under the following conditions:

**Standard Condition #8:** Defendant shall refrain from use or unlawful possession of a narcotic drug or other controlled substances defined in 21 U.S.C. § 802, unless prescribed by a licensed medical practitioner in conformance with Federal law. Defendant may not use or possess marijuana, regardless of whether Defendant has been authorized medical marijuana under state law.

**Additional Condition #1:** Defendant shall submit to random testing as directed by the United States Probation/Pretrial Services Office. Defendant shall refrain from obstructing or attempting to obstruct or tamper, in any fashion, with the efficiency and accuracy of any prohibited substance testing which is required as a condition of release.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

On March 16, 2023, the undersigned officer reviewed the conditions of pretrial release supervision with Ms. Edwards. Ms. Edwards acknowledged an understanding of the release conditions at that time.

**Violation #1:** Jamie Edwards is alleged to have violated the conditions of pretrial release supervision by testing positive for the presence of fentanyl and amphetamine on April 19, 2023.

On April 19, 2023, Ms. Edwards reported to Pioneer Human Services (PHS) and provided a urine specimen that tested presumptive positive for the presence of fentanyl and amphetamine. Ms. Edwards signed a substance abuse admission form acknowledging her use of fentanyl and amphetamine on or about April 18, 2023. Subsequently, the urine specimen was sent to Alere Toxicology Services, Inc. (Alere) for further analysis.

On April 25, 2023, Alere confirmed the above-noted urine specimen tested positive for the presence of amphetamine.

On April 27, 2023, Alere confirmed the above-noted urine specimen tested positive for the presence of fentanyl and norfentanyl.

**Violation #2:** Jamie Edwards is alleged to have violated the conditions of pretrial release supervision by testing positive for the presence of fentanyl and amphetamine on May 4, 2023.

On May 4, 2023, Ms. Edwards reported to PHS and provided a urine specimen that tested presumptive positive for the presence of fentanyl and amphetamine. Ms. Edwards signed a substance abuse admission form acknowledging her use of fentanyl and amphetamine on or about May 3, 2023. Subsequently, the urine specimen was sent to Alere for further analysis.

On May 13, 2023, Alere confirmed the above-noted urine specimen tested positive for the presence of amphetamine.

On May 15, 2023, Alere confirmed the above-noted urine specimen tested positive for the presence of fentanyl and norfentanyl.

**PS-8**

**Re: Edwards, Jamie**
**May 24, 2023**
**Page 2**

**Violation #3:** Jamie Edwards is alleged to have violated the conditions of pretrial release supervision by failing to report for random drug testing on April 28, 2023, and May 19, 2023.

On March 16, 2023, the undersigned officer referred Ms. Edwards to the phase urinalysis testing program at PHS.  Ms. Edwards was instructed verbally and in writing to contact PHS daily to determine if she was required to submit to random drug testing.

Available records indicate Ms. Edwards failed to report for random drug testing at PHS on April 28, 2023, and May 19, 2023.

PRAYING THAT THE COURT WILL ORDER A SUMMONS

|  | I declare under the penalty of perjury that the foregoing is true and correct. |
|---|---|
|  | Executed on:    May 24, 2023 |
| by | s/Erik Carlson |
|  | Erik Carlson<br>U.S. Pretrial Services Officer |

THE COURT ORDERS

[ ]    No Action
[ ]    The Issuance of a Warrant
[X]    The Issuance of a Summons
[ ]    The incorporation of the violation(s) contained in this
        petition with the other violations pending before the
        Court.
[ ]    Defendant to appear before the Judge assigned to the case.
[ ]    Defendant to appear before the Magistrate Judge.
[ ]    Other

_____
  Signature of Judicial Officer

May 30, 2023
_____
  Date