UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                      Plaintiff<br><br>     v.<br><br>JAMIE EDWARDS,<br><br>                      Defendant. | No. 2:23-CR-0012-TOR-5<br><br>ORDER |

Upon review and consideration of the Pretrial Diversion Agreement proposed by the Parties, it is hereby

ORDERED that, without passing judgment on the merits or wisdom of the diversion, the Pretrial Diversion Agreement is Approved;

FURTHER ORDERED that, pursuant to the Pretrial Diversion Agreement and 18 U.S.C. § 3161(h)(2), prosecution shall be deferred for up to thirty-six (36) months, or up to forty-eight (48) months if the term of the agreement is extended by the Court;

FURTHER ORDERED that, pursuant to 18 U.S.C. § 3161(h)(2) and the Pretrial Diversion Agreement between the Parties, the time period of thirty-six (36) months from the effective date of the Pretrial Diversion Agreement, or up to forty-eight (48) months if the term of the agreement is extended by the Court, shall be

//

//

//

//

//

ORDER APPROVING PRETRIAL DIVERSION AGREEMENT - 1

excluded for purposes of computing time under the Speedy Trial Act.

DATED September 7, 2023.



_____
THOMAS O. RICE
United States District Judge

ORDER APPROVING PRETRIAL DIVERSION AGREEMENT - 2